**EMPIRE BRASS MFG. CO. v. Albert C. BROWN.**

No. 4817.

Circuit Court of Appeals, Sixth Circuit.

April 15, 1932.

See, also, 33 F.(2d) 548.

Charles W. Hills and Charles W. Hills, Jr., both of Chicago, Ill., for appellant.

Squire, Sanders & Dempsey, of Cleveland, Ohio, and Munday, Clarke & Carpenter, of Chicago, Ill., for appellee.

PER CURIAM.

Appeal dismissed under paragraph 5 of Rule 22.

**EMPIRE STEEL CO. v. COMMISSIONER OF INTERNAL REVENUE.**

No. 5647.

Circuit Court of Appeals, Sixth Circuit.

Oct. 6, 1931.

E. J. Brunenkant, of Cleveland, Ohio, for petitioner.

C. M. Charest, of Washington, D. C., for respondent.

PER CURIAM.

Appeal dismissed pursuant to motion of counsel for petitioner.

**ERIE RAILROAD CO. v. Harley E. FOUST.**

No. 5978.

Circuit Court of Appeals, Sixth Circuit.

Dec. 9, 1931.

McGowan, Foote, Bushnell & Burgess, of Cleveland, Ohio, for appellant.

Anderson & Lamb, of Cleveland, Ohio, for appellee.

PER CURIAM.

Dismissed pursuant to stipulation of counsel.

**Edward J. EVANS, Appellee, v. PANAMA RAILROAD COMPANY, Appellant.**

No. 420.

Circuit Court of Appeals, Second Circuit.

June 6, 1932.

Richard Reid Rogers, of New York City, for appellant.

Paul C. Matthews, of New York City (William S. Butler, of Brooklyn, N. Y., and Raymond Parmer, of New York City, of counsel), for appellee.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.

**Albert S. FANT, as State Bank Examiner of the State of South Carolina, Appellant, v. Ira KRUPNICK, Appellee.**

No. 3305.

Circuit Court of Appeals, Fourth Circuit.

April 29, 1932.

See, also, 21 F.(2d) 182.

R. E. Whitehurst, of Columbia, S. C., for appellant.

Christie Benet, of Columbia, S. C., and L. K. Legge, of Charleston, S. C., for appellee.

PER CURIAM.

Case dismissed on motion of appellee.